UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD PROPPS, DAWN STUPAR,**
**STEVE PACKARD, TAMMY PACKARD,**
**MICHAEL GREGORY,**

      **Plaintiffs,**

**v.**                                              Case No. 03-71166
                                                                                             HON. AVERN COHN

**9008 GROUP, INC., A California Corporation,**       Magistrate Judge Pepe
**dba ACT-1 PERSONNEL SERVICES and**
**ALL-IN-ONE, and FORD MOTOR COMPANY**
**A Michigan Corporation, jointly and severally,**

      **Defendants.**

___

**ORDER REGARDING**
**EXPERT DESIGNATION AND DISCOVERY**

At a session of said Court held in the City of Detroit
County of Wayne, State of Michigan

on _____

PRESENT: Honorable _____
                                 U.S. District Court Judge

      This matter having come before the Court on the parties' Stipulation, and good cause appearing therefore:

      IT IS HEREBY ORDERED that the following dates be established for the following proceedings:

| PROCEDURE: | DATE: |
|---|---|
| Hearing upon Act-1/All-in-One Ford Motor Company's motions for Summary Adjudication. | To be set by the Court. |
| Designation of Plaintiffs' Experts | 2 weeks following entry of the Court's Order regarding Defendants Motions for Summary Judgment. |
| Expert discovery completed of Plaintiffs' experts. | 2 weeks following designation of Plaintiffs experts. |
| Expert designation of Defendants. | 4 weeks following designation of Plaintiffs experts. |
| Completion of expert discovery. | 6 weeks following designation of Plaintiffs experts. |

Dated: July 20, 2005         s/ Avern Cohn
                             U.S. DISTRICT COURT JUDGE