UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS, et al,

    Plaintiffs,

vs.                                                               Case No. 03-71166

9008 GROUP, INC., d/b/a                              HON. AVERN COHN
ACT-1 PERSONNEL SERVICES, and
ALL-IN-ONE, and FORD MOTOR
COMPANY,

    Defendants.

_____/

**ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
WITHOUT PREJUDICE**

       This is an employment discrimination case. The nature of the case is described in the Memorandum and Order Denying Defendant 9008 Group's Motion for Summary Judgment Or in the Alternative Motion for Judgment on the Pleadings for Improper Venue as to Plaintiffs Donald Propps and Michael Gregory, filed August 19, 2004. Now before the Court are nine separate motions for summary judgment filed by the defendants. With the exception of a motion by Ford Motor Company against Tammy Packard, each defendant has filed such a motion against each plaintiff.[1] The papers in support and in opposition to the motions are voluminous and did not follow the Court's guidelines for summary judgment. Prudence suggests that the proper course to follow before determining if the undisputed material facts warrant summary judgment as to one or more of the plaintiffs or either or both of the defendants is to require completion of the

---

[1]Tammy Packard has not asserted a claim against Ford Motor Company.

final pretrial statement.

  ACCORDINGLY, the motions are DENIED WITHOUT PREJUDICE.

  A scheduling order will follow. Because of the possibility of settlement, no action should be taken on preparation of the statement for forty-five (45) days.

  SO ORDERED.

Dated: August 5, 2005

           s/Avern Cohn
           AVERN COHN
         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, August 5, 2005, by electronic and/or ordinary mail.

           s/Julie Owens
          Case Manager, (313) 234-5160