UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS, DAWN STUPAR,
STEVE PACKARD, TAMMY PACKARD,
and MICHAEL GREGORY,

    Plaintiffs,

v.                                                                                    Case No. 03-71166

9008 GROUP, INC., a California                                HONORABLE AVERN COHN
corporation, d/b/a ACT-1 PERSONNEL
SERVICES and ALL-IN-ONE, a California
corporation; and FORD MOTOR
COMPANY, a Michigan corporation,
jointly and severally,

    Defendants.

_____/

## ORDER OF BIFURCATION

    This is a discrimination case under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; and Michigan's Elliot-Larsen Civil Rights Act, MICH. COMP. LAWS § 37.2101 et seq. Discovery is complete. There are no pending motions.

    For the reasons stated on the record on February 22, 2006, it is ORDERED that the claim of Plaintiff Donald Propps and the claim of Plaintiff Dawn Stupar are BIFURCATED. Each of these claims is to be tried separately. The Court will hold a status conference by telephone on **Thursday, March 2, 2006 at 2:00 P.M.** to discuss scheduling and further proceedings for each of these claims leading to trial.

    SO ORDERED.

                                                                        s/ Avern Cohn
                                                                    AVERN COHN
Dated: February 23, 2006                  UNITED STATES DISTRICT JUDGE
       Detroit, Michigan