UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS and
DAWN STUPAR,

    Plaintiffs,

v.

                                          Case No. 03-71166
                                          Hon: AVERN COHN
                                          **(Donald Propps)**

9008 GROUP, INC. and
FORD MOTOR COMPANY,

    Defendants.
_____/

## **SCHEDULING ORDER**

       This is a discrimination case. To move the case forward this order is entered. Each defendant is to file a motion for summary judgment consistent with the Court's requirements within thirty (30) days (see attached). Plaintiff is not to file a response. The Court will hold a status conference to discuss the motions on Tuesday, April 25, 2006 at 3:00 pm.

       SO ORDERED.

                                           s/ Avern Cohn
                                           **AVERN COHN**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: March 03, 2006
       Detroit, Michigan

Note:  The witness lists previously filed will be disregarded. The filing of new lists is deferred until the motions for summary judgment are resolved.

S:\LORI\Cases\Propps v. 9008 Group\Scheduling Order 2wpd.wpd