UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS and
DAWN STUPAR,

    Plaintiffs,

v.

9008 GROUP, INC. and
FORD MOTOR COMPANY,

    Defendants.
_____/

Case No. 03-71166
Hon: AVERN COHN
**(Dawn Stupar)**

## SCHEDULING ORDER

This is a discrimination case. To move the case forward this order is entered. Each defendant is to file a motion for summary judgment consistent with the Court's requirements within thirty (30) days (see attached). Plaintiff is not to file a response. The Court will hold a status conference to discuss the motions on Tuesday, April 25, 2006 at 3:00 pm.

    SO ORDERED.

    s/ Avern Cohn
    **AVERN COHN**
    **UNITED STATES DISTRICT JUDGE**

Dated: March 03, 2006
    Detroit, Michigan

Note: The witness lists previously filed will be disregarded. The filing of new lists is deferred until the motions for summary judgment are resolved.

S:\LORI\Cases\Propps v. 9008 Group\Scheduling Order 1wpd.wpd

1