UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS and
DAWN STUPAR,

    Plaintiffs,

v.

9008 GROUP, INC. and
FORD MOTOR COMPANY,

    Defendants.
_____/

Case No. 03-71166
Hon: AVERN COHN
(Donald Propps)

## **ORDER RE: FINAL PRETRIAL CONFERENCE**

    This order memorializes and supplements the rulings at the final pretrial conference held on January 16, 2007, and are intended to ready the Donald Propps case for trial.

    1.    The case is to be tried after March 15, 2007.

    2.    Each party shall within twenty (20) days file a list of the witnesses the party intends to call at trial, together with a succinct description of the witness' testimony.

    3.    Each party is limited to not more than fifteen (15) witnesses.

    4.    Each party shall within twenty (20) days file a list of the exhibits the party intends to offer in evidence at trial, together with a book of the exhibits numbered for trial. Plaintiff's exhibits shall be denominated PX1, etc; 9008 Group's exhibits shall be denominated DX(A)1, etc; Ford's exhibits shall be denominated DX(B)1, etc.

    5.    Each party is limited to not more than fifty (50) exhibits.

    6.    Propps shall within twenty (20) days file a proposed set of instructions on the law of the case.  The set shall serve as the benchmark instructions .

    7.    Propps shall within twenty (20) days file proposed verdict forms (9008 Group

and Ford, separately).

8. 9008 Group and Ford, separately, shall complete the filing of motions *in limine* by January 22, 2007. Propps, by February 15, 2007, shall file separate answers as to each motion. 9008 Group and Ford, within five (5) days thereafter, may file a reply. Each motion and each answer shall be accompanied by a paradigm case with relevant portions highlighted and a notation on the caption page of the gist of the case.

9, Propps' motions *in limine* shall be filed by January 24, 2007; answers shall be filed by February 9, 2007, and replies filed by February 15, 2007.

10. Propps shall, within twenty (20) days, file a succinct description of his claim.

11. Propps is limited to thirty (30) hours of trial time, including direct and cross-examination. 9008 Group and Ford together are limited to thirty (30) hours of trial time, including direct and cross-examination. Upon a showing of good cause, the hourly limitations may be enlarged.

Any objection to this order shall be filed within five (5) days.

SO ORDERED.

  s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 22, 2007, by electronic and/or ordinary mail.

  s/Julie Owens
Case Manager, (313) 234-5160