UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS,,

    Plaintiffs,

CIVIL ACTION NO. 03-71166

v.

HONORABLE AVERN COHN

9008 GROUP, INC., FORD MOTOR
CO., et al,

    Defendants.
_____/

### ORDER re: PLAINTIFF'S OBJECTIONS TO ORDER RE: FINAL PRETRIAL CONFERENCE

Plaintiff objections to the limitations imposed in the Order entered January 22, 2007. The objections are conclusionary. Plaintiff's Final Pretrial Order has not been filed. The Court does not have a copy of the witness list or exhibit list referenced. Also, Plaintiff has not filed a succinct description of his case. In sum Plaintiff's objections do not persuade the Court that this is an out of the ordinary employment discrimination case. The Court will reconsider the limitations imposed on a reasonable showing that they are too severe and after the witness and exhibit lists have been filed as required by the Order.

Additionally,

1.    The time limitations include cross examination.

2.    The witness limitation number is exclusive of witnesses who are or were in

the employ of the defendants and are called by the Plaintiff for cross examination in his case in chief.

**SO ORDERED.**

Dated: January 26, 2007      s/Avern Cohn
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 26, 2007, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　 s/Julie Owens
                             Case Manager, (313) 234-5160