UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PROPPS,

    Plaintiff,

vs.                                                                                                                          Case No. 03-71166

9008 GROUP, INC., d/b/a                                                                            HON. AVERN COHN
ACT-1 PERSONNEL SERVICES, and
ALL-IN-ONE, and FORD MOTOR
COMPANY,

    Defendants.
_____/

## ORDER REGARDING MOTIONS IN LIMINE

This is an employment case set for trial. Before the Court are several motions in limine filed by defendant 9008 Group, Inc. d/b/a Act-1 (docket entries # 207, 208, 209, 212, 213, 214, 215, 216, 217, 218), defendant Ford Motor Company (Ford) (docket entries # 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231), and Propps (docket entry # 234).

The motions were heard on March 23, 2007. For the reasons stated on the record at the hearing, the motions have either been granted or denied or are moot. There are no pending motions in limine.[1]

    SO ORDERED

Dated: March 26, 2007                      s/Avern Cohn_____
                                                       AVERN COHN
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for sanctions (docket entry # 304) remains pending.

**03-71166 Propps v. 9008 Group, et al**

**Proof of Service**

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 26, 2007, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5160